FILED: March 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1248

(2:23-cv-00629-JKW-LRL)

_____

CAREFIRST OF MARYLAND, INC.; GROUP HOSPITALIZATION & MEDICAL SERVICES, INC.; CAREFIRST BLUECHOICE, INC., on behalf of themselves and all other similarly situated

    Plaintiffs - Appellants

v.

JOHNSON & JOHNSON; JANSSEN BIOTECH, INC.

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Norfolk |
| Originating Case Number | 2:23-cv-00629-JKW-LRL |
| Date notice of appeal filed in originating court: | 03/03/2026 |
| Appellants | Carefirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., Carefirst Bluechoice, Inc. |
| Appellate Case Number | 26-1248 |
| Case Manager | J. Neal<br>804-916-2702 |