# In the United States Court of Appeals for the Fourth Circuit

CAREFIRST OF MARYLAND, INC.; GROUP HOSPITALIZATION & MEDICAL SERVICES, INC.; CAREFIRST BLUECHOICE, INC.,
on behalf of themselves and all others similarly situated,

*Plaintiffs-Appellants,*

v.

JOHNSON & JOHNSON; JANSSEN BIOTECH, INC.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Virginia
Case No. 23-cv-629 (The Honorable Jamar K. Walker)

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF

The plaintiffs-appellants CareFirst of Maryland, Inc., Group Hospitalization & Medical Services, Inc., and CareFirst BlueChoice, Inc., on behalf of themselves and the certified class of similarly situated parties, respectfully request a 30-day extension of the time within which to file their opening brief, from April 28, 2026, to May 28, 2026. This is our first request for an extension. Counsel for the defendants-appellees take no position on this request.

Good cause exists for granting an initial, 30-day extension of time. Among other considerations, the plaintiffs-appellants have retained additional counsel for appeal, Matthew Wessler and Matthew Guarnieri of Gupta Wessler LLP, who were not previously involved in the district-court proceedings and who must familiarize themselves with the extensive record in this matter. Mr. Wessler, Mr. Guarnieri, and their colleagues at Gupta Wessler also have a number of preexisting deadlines that overlap with the current briefing schedule, including:

- A brief in opposition to certiorari due in the Supreme Court of the United States in *GEO Group, Inc. v. Nwauzor*, No. 25-828, on April 10;

- An opening brief due in the U.S. Supreme Court in *Anderson v. Intel*, No. 25-498, on April 13;

- A response to a motion to modify an injunction due in the U.S. Court of Appeals for the District of Columbia in *National Treasury Employees Union v. Vought*, No. 25-5091, on April 17;

- A reply brief due in the U.S. Court of Appeals for the Seventh Circuit in *Murray v. Metronet*, No. 25-2687, on May 7;

- An opening brief due in the U.S. Court of Appeals for the Fourth Circuit in *Does v. MindGeek*, No. 25-2411, on May 11;

- A certiorari-stage reply brief due in the U.S. Supreme Court in *Operating Engineers Trust Fund of Washington, D.C. v. United States*, No. 25-1050, on May 20; and

- A reply brief due in the U.S. Court of Appeals for the Ninth Circuit in *Phlaum v. Navy Federal Credit Union*, No. 25-7070, on May 26.

Those briefing obligations have taken up, and will continue to take up, a substantial amount of time over the next two months. Preparing the opening brief in this matter would be difficult absent the requested 30-day extension.

For the foregoing reasons, the plaintiffs-appellants respectfully request a 30-day extension of time to the briefing schedule, such that their opening brief would be due May 28, 2026.

Respectfully submitted,

/s/ *Matthew Wessler*
MATTHEW WESSLER
MATTHEW G. GUARNIERI
STEFANIE OSTROWSKI
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt.wessler@guptawessler.com*
*matthew.guarnieri@guptawessler.com*
*steffi@guptawessler.com*

*Counsel for Plaintiffs-Appellants*

April 9, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because this motion contains 387 words, excluding the parts of the brief exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

/s/ *Matthew Wessler*
MATTHEW WESSLER

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Matthew Wessler*
MATTHEW WESSLER