# In the United States Court of Appeals for the Fourth Circuit

CAREFIRST OF MARYLAND, INC.; GROUP HOSPITALIZATION & MEDICAL SERVICES, INC.; CAREFIRST BLUECHOICE, INC.,
on behalf of themselves and all others similarly situated,
*Plaintiffs-Appellants,*
v.

JOHNSON & JOHNSON; JANSSEN BIOTECH, INC.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Virginia
Case No. 23-cv-629 (The Honorable Jamar K. Walker)

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF

The plaintiffs-appellants CareFirst of Maryland, Inc., Group Hospitalization & Medical Services, Inc., and CareFirst BlueChoice, Inc., on behalf of themselves and the certified class of similarly situated parties, respectfully request a 15-day extension of the time within which to file their opening brief, from May 28, 2026, to June 12, 2026. This is our second request for an extension. The defendants-appellees do not oppose this motion for an additional 15-day extension of time, provided that the plaintiffs-appellants consent to a 30-day extension for the defendants-appellees'

response brief. We have agreed to that proposed schedule, under which the defendants-appellees' response brief would be due on August 12, 2026.

Good cause exists for granting an additional 15-day extension of time for the plaintiffs-appellants' opening brief. The appellate counsel for the plaintiffs-appellants, Matthew Wessler and his colleagues at Gupta Wessler, have a number of preexisting deadlines that overlap with the current briefing schedule, including:

- Briefs due in the California Court of Appeal in *Variety Media, LLC v. Superior Court of the State of California*, No. B350578, on May 21, June 5, and June 15;

- A brief in opposition to the petition for interlocutory appeal due in the Richmond City Circuit Court in *K.E.E. v. Cumberland Hospital* and *A.B. v. Cumberland Hospital* (consolidated cases), Nos. CL20-5209-00 and CL22-3616-00, on May 22;

- A reply brief due in the U.S. Court of Appeals for the Ninth Circuit in *Bounthon v. The Procter & Gamble Company*, No. 25-4978, on June 5;

- A reply brief due in the U.S. Court of Appeals for the Seventh Circuit in *Murray v. Metronet*, No. 25-2687, on June 8;

- A certiorari-stage reply brief due in the U.S. Supreme Court in *Operating Engineers Trust Fund of Washington, D.C. v. United States*, No. 25-1050, on June 9; and

- A motion in opposition to dismiss defendants' amended complaint due in the U.S. District Court for the Southern District of California in *Rutz v. Shellpoint*, No. 3:25-cv-02671-BAS-DDL, on June 12.

Those briefing obligations have taken up, and will continue to take up, a substantial amount of time over the next month. Preparing the opening brief in this matter would be difficult absent an additional 15-day extension.

For the foregoing reasons, the plaintiffs-appellants respectfully request a further 15-day extension of time to the briefing schedule, such that their opening brief would be due June 12, 2026.

Respectfully submitted,

/s/ *Matthew Wessler*
MATTHEW WESSLER
MATTHEW GUARNIERI
STEFANIE OSTROWSKI
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt.wessler@guptawessler.com*
*matthew.guarnieri@guptawessler.com*
*steffi@guptawessler.com*

*Counsel for Plaintiffs-Appellants*

May 22, 2026

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) because this motion contains 389 words, excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

/s/ *Matthew Wessler*
MATTHEW WESSLER

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Matthew Wessler
MATTHEW WESSLER