FILED:  May 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1248
(2:23-cv-00629-JKW-LRL)

_____

CAREFIRST OF MARYLAND, INC.; GROUP HOSPITALIZATION &
MEDICAL SERVICES, INC.; CAREFIRST BLUECHOICE, INC., on behalf of
themselves and all other similarly situated

   Plaintiffs - Appellants

v.

JOHNSON & JOHNSON; JANSSEN BIOTECH, INC.

   Defendants - Appellees

_____

O R D E R

_____

The court grants the joint motion to proceed with a deferred appendix and
the motion to extend the briefing schedule. The clerk shall issue a new briefing
schedule by separate order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk