FILED: August 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1248
(2:23-cv-00629-JKW-LRL)

---

CAREFIRST OF MARYLAND, INC.; GROUP HOSPITALIZATION & MEDICAL SERVICES, INC.; CAREFIRST BLUECHOICE, INC., on behalf of themselves and all other similarly situated

Plaintiffs - Appellants

v.

JOHNSON & JOHNSON; JANSSEN BIOTECH, INC.

Defendants - Appellees

------------------------------

FEDERAL TRADE COMMISSION

Amicus Curiae

OPEN MARKETS INSTITUTE; COMMITTEE TO SUPPORT THE ANTITRUST LAWS; AMERICAN ANTITRUST INSTITUE

Amici Supporting Appellants

WASHINGTON LEGAL FOUNDATION; NATIONAL ASSOCIATION OF MANUFACTURERS; AMERICAN TORT REFORM ASSOCIATION; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA; BIOTECHNOLOGY INNOVATION ORGANIZATION; TECHFREEDOM; FORMER FEDERAL ANTITRUST OFFICIALS

Amici Supporting Appellees

# O R D E R

Upon consideration of the certificate of confidentiality, the court places appendix volume numbers VII through XI under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk