**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 12, 2026

RULE 46 ADDITIONAL COPIES

No. 26-1248, Carefirst of Maryland, Inc. v. Johnson & Johnson
2:23-cv-00629-JKW-LRL

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 11/16/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **No. of Copies** | **Required From:** |
|---|---|---|
| **Amicus Brief** | 4 | **All AMICI** (Except Open Markets Institute, American Antitrust Institute, and Techfreedom and Former Antitrust Officials) |

/s/ NWAMAKA ANOWI, CLERK